### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

LATARRIS KEITH ROBINSON,                                                          PLAINTIFF
ADC #108971

v.                                    NO. 5:12CV00109 JLH/BD

CORDERRO R. DAVIS, et al.                                                        DEFENDANTS

### ORDER

Latarris Keith Robinson has moved for additional time to file objections to the partial recommended disposition that Judge Deere issued on March 29, 2012, recommending that Robinson's claims against Defendants Banks and May be dismissed. In the motion, he also requests an explanation as to what needs to be included in his "statement of necessity." If Robinson seeks to object to any portion of Judge Deere's recommendation, he should file an "objection" explaining why he believes that his claims against Defendants Banks and May should not be dismissed. He should include any factual allegations which support his claims against Defendants Banks and May in his objections. If Robinson believes that a hearing needs to be held to determine whether he should be permitted to proceed on his claims against Defendants Banks and May, he should file a "statement of necessity" specifically explaining why a hearing is necessary.

Robinson's motion is GRANTED. Document #23. Robinson's time for filing objections and a statement of necessity is extended up to and including May 14, 2012.

IT IS SO ORDERED this 18th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE