IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LATARRIS KEITH ROBINSON                                                        PLAINTIFF
ADC #108971

v.                              NO. 5:12CV00109 JLH/BD

CORDERRO R. DAVIS, *et al.*                                                    DEFENDANTS

## ORDER

In his complaint, Latarris Keith Robinson claims that his constitutional rights were violated after a disturbance at the Varner Unit of the Arkansas Department of Correction in February 2011. He has now moved for default judgment against defendant Corderro R. Davis. Robinson argues that Davis is in default for failing to respond to the complaint within twenty-one days, as required by Federal Rule of Civil Procedure 12(a)(1)(A)(i).

On March 30, 2012, the Court ordered that Davis be served. On April 13, 2012, however, service was returned unexecuted for Davis, and a different address for Davis was filed under seal. Document #21.

On May 4, 2012, a summons was reissued for Davis. At this time, there is nothing in the record to show that Davis has been served. Once he is served, Davis will have twenty days to respond to the complaint. The time for Davis to respond to the complaint has not yet run. Therefore, the motion for default judgment is DENIED. Document #39.

IT IS SO ORDERED this 9th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE