**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LATARRIS KEITH ROBINSON                                                                      PLAINTIFF
ADC #108971

v.                                       NO. 5:12CV00109 JLH/BD

CORDERRO R. DAVIS, *et al*.                                                              DEFENDANTS

## ORDER

Latarris Keith Robinson has filed a motion asking the Court to reconsider the decision of Magistrate Judge Beth Deere to deny his request for appointment of counsel. The Court has considered Robinson's motion for reconsideration pursuant to 28 U.S.C. § 636(b)(1)(A). That provision states, in summary, that a district judge may designate a magistrate judge to hear and determine pretrial matters, and that the district judge "may reconsider any pretrial matter . . . where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." Robinson has not shown that Magistrate Judge Deere's decision is clearly erroneous or contrary to law. Therefore, the motion to reconsider is DENIED. Document #30.

IT IS SO ORDERED this 11th day of May, 2012.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE