# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LATARRIS KEITH ROBINSON,                                         PLAINTIFF
ADC #108971

v.                        NO. 5:12CV00109 JLH/BD

CORDERRO R. DAVIS, *et al.*                                       DEFENDANTS

## ORDER

Plaintiff Latarris Keith Robinson has filed a second motion for default judgment against defendant Corderro R. Davis. On May 9, 2012, the Court denied Robinson's previous request for default judgment against this defendant. For reasons stated in the previous order denying the motion for default judgment, the pending motion is also DENIED. Document #45.

IT IS SO ORDERED this 15th of May, 2012.

_____
UNITED STATES DISTRICT JUDGE