# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LATARRIS KEITH ROBINSON                                        PLAINTIFF
ADC #108971

v.                          NO. 5:12CV00109 JLH/BD

CORDERRO R. DAVIS, *et al*.                                    DEFENDANTS

## ORDER

Magistrate Judge Beth Deere has filed a Partial Recommended Disposition in which she recommends that the claims of Latarris Keith Robinson against defendants Banks and May be dismissed without prejudice because the complaint fails to allege that either of them personally participated in the acts of alleged excessive force, and the complaint is insufficient to allege that either of them was deliberately indifferent to a constitutional violation. Robinson has filed objections in which he contends that Jimmy Banks was present at the time of the alleged excessive force and participated in that conduct. He does not, however, contend that Larry May was present or that May personally participated in the unlawful conduct. The Partial Recommended Disposition is therefore adopted with respect to Larry May. The claims of Latarris Keith Robinson against Larry May are dismissed without prejudice. As to the claims of Robinson against Jimmy Banks, Robinson must submit an amended complaint within thirty (30) days from the entry of this Order, alleging specifically the actions that he contends Jimmy Banks engaged in that makes him personally liable. Failure to submit an amended complaint making those allegations specifically may result in Jimmy Banks being dismissed as a defendant from this action. This action is again referred to Magistrate Judge Deere for further proceedings.

IT IS SO ORDERED this 21st day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE