**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LATARRIS KEITH ROBINSON                                                        PLAINTIFF
ADC #108971

v.                                      NO. 5:12CV00109 JLH/BD

CORDERRO R. DAVIS, *et al.*                                                  DEFENDANTS

## ORDER

Latarris Keith Robinson has moved to correct a mistake in his Amended Complaint. He explains that in his Amended Complaint, he did not seek to add another Defendant Davis to this lawsuit; rather, he intended only to provide additional information regarding Defendant Warden Banks's conduct in order to comply with this Court's May 21, 2012 Order.[1]

The motion is GRANTED. Document #62. The Clerk of the Court is directed to remove Defendant Davis (first name unknown) from the docket sheet as a party in this case.

IT IS SO ORDERED this 6th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court previously determined that Robinson had stated both excessive-force and deliberate indifference claims against Defendant Corderro R. Davis.