# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LATARRIS KEITH ROBINSON,                                                                PLAINTIFF
ADC #108971

v.                                         NO. 5:12CV00109 JLH/BD

CORDERRO R. DAVIS, et al.                                                              DEFENDANTS

## ORDER

The Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects. Document #82.

Accordingly, the Medical Defendants' motion to dismiss is DENIED. Document #68.

IT IS SO ORDERED this 27th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE