# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LATARRIS KEITH ROBINSON                                                                                PLAINTIFF
ADC #108971

v.                                   NO. 5:12CV00109 JLH/BD

CORDERRO R. DAVIS, et al.                                                                           DEFENDANTS

## ORDER

The Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Accordingly, Robinson's motion to amend (docket entry #88) is DENIED.

IT IS SO ORDERED this 14th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE