# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LATARRIS KEITH ROBINSON                                                                          PLAINTIFF
ADC #108971

v.                                         NO. 5:12CV00109 JLH/BD

CORDERRO R. DAVIS, et al.                                                                       DEFENDANTS

## ORDER

The Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved in all respects. Accordingly, Latarris Keith Robinson's motion to amend his complaint is DENIED. Document #92.

The Court has also reviewed Robinson's motions for reconsideration. His motions for reconsideration state that he did not receive the previous Partial Recommended Dispositions. He does not, however, state any meritorious objection to the previous Partial Recommended Dispositions that the Court has adopted, even if the record is reviewed *de novo*. Therefore, the motions for reconsideration are DENIED. Documents #86, #96, #102.

IT IS SO ORDERED this 21st day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE