**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**LATARRIS KEITH ROBINSON
ADC #108971**                                                                                              **PLAINTIFF**

**V.**                              **CASE NO. 5:12CV00109 JLH/BD**

**CORDERRO R. DAVIS, et al.**                                                                      **DEFENDANTS**

**ORDER**

The Medical Defendants and the ADC Defendants have all moved for summary judgment on Mr. Robinson's claims against them. (Docket entries #160, #163) Mr. Robinson now has the opportunity to file a response opposing these motions. Any response must be filed within fourteen (14) days of this Order.[1]

The response may include opposing affidavits that Mr. Robinson or others have signed. Affidavits must be sworn to under oath (notarized) or declared under penalty of perjury (see 28 U.S.C. § 1746). Any affidavit must be based upon the personal knowledge of the person signing it. No affidavit will be considered in ruling on the motion for summary judgment unless it was sworn to under oath or declared under penalty of perjury.

---

[1] Local Rule 5.5(c)(2) includes requirements for parties who are not represented by counsel. They must: promptly notify the Clerk and the other parties in the case of any change in address; monitor the progress of the case and to prosecute or defend the case diligently; sign all pleadings and include a current address, zip code, and telephone number; and be familiar with and follow both Local Rules and the Federal Rules of Civil Procedure. Any plaintiff not represented by counsel must respond to communications from the Court within thirty (30) days, or the case can be dismissed.

In addition to his response, Mr. Robinson should file a separate short statement setting forth the disputed facts that he believes must be decided at a trial. See Local Rule 56.1, Rules of the United States District Court for the Eastern District of Arkansas

IT IS SO ORDERED this 18th day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE