IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LATARRIS KEITH ROBINSON                                                                                    PLAINTIFF
ADC #108971

v.                                          NO. 5:12CV00109 JLH/BD

CORDERRO R. DAVIS, *et al.*                                                                              DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The motions for summary judgment (docket entries #160, #163) are GRANTED. Robinson's claims against defendants Hubbard and Banks are DISMISSED, without prejudice. Robinson's claims against defendants Ables, Newton, Byers, Stephens, Meinzer, Rector and Kelly are DISMISSED, with prejudice. In addition, Robinson's claims for money damages against defendant Banks in his official capacity are DISMISSED, with prejudice.

IT IS SO ORDERED this 12th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE